AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED IN OPEN COURT
9/30/2016

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

RICHARD DANIEL LORD

**CRIMINAL COMPLAINT**

Case Number:   3:16-mj- *1256-JRK*

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about September 15, 2016, at Jacksonville, in the Middle District of Florida, defendant, RICHARD DANIEL LORD did knowingly receive a visual depiction using a means and facility of interstate commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which is specifically identified in the computer file titled "(Pthc Lolifuck) 10Yo Katrina – Doggystyle (New 2008).avi," in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:        ☒ Yes     ☐ No

_____
Signature of Complainant
JONATHAN S. MACDONALD, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

September 30 , 2016_____        at        Jacksonville, Florida_____

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, Jonathan S. MacDonald, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as such since November 2008.   Since my appointment as a Special Agent, I have been assigned to investigate matters involving the sexual exploitation of children through use of the Internet.   Prior to this assignment, I have worked on the Cyber investigative squad and the Foreign Counter Intelligence Squad, both in the Jacksonville Division.   In 2015, I was promoted to Supervisory Special Agent in the Counterterrorism Division at FBI Headquarters in Virginia, and served as a Supervisory Special Agent in the Counterterrorism Advanced Projects Unit until August 2016 when I returned to the Jacksonville FBI Field Office.   I have a Bachelor's degree in Geology and a Master's degree in Isotope Geochemistry.   I have received law enforcement training from the FBI Academy at Quantico, Virginia. I have also received advanced training on various aspects of crimes involving children as victims and Internet investigations including undercover operations, computer forensics and interview and interrogation techniques.   I returned to the Jacksonville Division as a Special Agent and am currently assigned to the Violent Crimes/Child Exploitation Squad, Jacksonville Field Office of the FBI which is comprised of federal, state and local law enforcement agents/officers conducting investigations involving persons who are, among other things, trafficking in and sharing child pornography via the Internet and soliciting children to produce sexually explicit images.   In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, receipt, and/or transportation of images of child pornography and

the solicitation and extortion of children to produce sexually explicit images of themselves. I have been involved in numerous searches of residences pertaining to the possession, collection, production, and/or transportation of child pornography through either the execution of search warrants or through the subject providing written consent to permit a search to be conducted. Specifically, I have investigated and assisted in the prosecution of cases in which persons have used the Internet to have online contact with minors and enticed such minors to produce images and videos of themselves for distribution to the subject persons.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children which constituted violations of Title 18, United States Code, Sections 2251, 2252 and 2252A, as well as Florida state statutes which criminalize the production, possession, receipt and transportation of child pornography, that is, visual depiction of minors engaged in sexually explicit conduct. I am a member of a local child pornography task force comprised of the FBI, Immigration and Customs Enforcement, the Florida Department of Law Enforcement, the Jacksonville Sheriff's Office, and the St. Johns County Sheriff's Office, among others. We routinely share information involving the characteristics of child pornography offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers.

2

This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that RICHARD DANIEL LORD has committed a violation of Title 18, United States Code, Sections 2252(a)(2), that is, receiving child pornography over the internet.

4. This affidavit is made in support of a criminal complaint against RICHARD DANIEL LORD, that is, on or about September 15, 2016, at Jacksonville, in the Middle District of Florida, RICHARD DANIEL LORD did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled, "(Pthc Lolifuck) 10Yo Katrina – Doggystyle (New 2008).avi" in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

5. On September 29, 2016, I applied for and obtained a federal search warrant for the residence located at 14032 Hollings Street, Jacksonville, Florida 32218. I was the affiant for the affidavit in support of the application for this search warrant and I am familiar with the facts contained therein. A certified copy of the application and affidavit for this search warrant is attached as Exhibit A, and the facts and information contained therein is hereby incorporated by reference herein. This warrant authorized the search of the residence located at 14032 Hollings Street, Jacksonville, Florida

32218, the residence of RICHARD DANIEL LORD for fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A, that is, receipt and possession of child pornography.   This search warrant was issued by United States Magistrate Judge James R. Klindt in Case No. 3:16-mj-1255-JRK.

    6.      On September 30, 2016, I, together with other FBI agents and personnel executed this federal search warrant at the residence located at 14032 Hollings Street, Jacksonville, FL 32218.   After securing the residence, agents conducted a consensual interview with RICHARD DANIEL LORD.   LORD was told that he was not under arrest and was free to leave.   The interview was conducted inside an unlocked FBI vehicle. After being advised of the nature of the interview and the identities of the interviewing agents, LORD provided the following information, among other things:

    a.      LORD remembered me from our prior interviews in 2011 and understood the FBI was speaking to LORD today for his continued child pornography activities.   LORD admitted to searching for child pornography, downloading child pornography, viewing child pornography, and masturbating to child pornography and had most recently done so approximately 6 hours prior to the agents' arrival today.

    b.      LORD said that he uses his cell phones to connect to the Comcast Internet service at his residence to search for, download and masturbate to child pornography images and videos.

    c.      LORD is the sole user of the cell phones and his adult son who also resides in the residence has no knowledge of or involvement with LORD's child pornography activities.

4

d.      LORD explained that he abstained from child pornography after speaking with the FBI in 2011 but returned to downloading child pornography approximately one year ago and said, "I can't control myself."

e.      LORD admitted to using his cell phones to download and look for all types of child pornography and save those images and videos to SD media cards. Lord stated that he was most interested in images and videos of children between the ages of 10-12 years of age, engaged in sex acts with adult men.   LORD fantasized about being the adult male in such videos and masturbated while imagining that he was engaged in the particular sex act with the minor child.

f.      LORD stated that his cell phones and SD cards would contain dozens of child pornography videos including children as young as 10 years of age and that no one else knows of his behavior.

g.      LORD used the search terms "preteen," "nude girls," "LSM" & "12yo," to search for images and videos of child pornography.   LORD estimated that he was searching for child pornography "constantly" and said "I can't control myself."

h.      LORD does not think he is "personally" a danger to the community however he said that the activity he is engaged in is dangerous.   Later, LORD agreed that he is not the type of person who should be living on the same street as families with children.   LORD makes it a point to distance himself from being around children such as not being around on Halloween or going near schools.

i.      LORD stated that he knew he had a problem with child pornography and was asked if he was a pedophile.   LORD initially denied being a

5

pedophile and was advised that those who are sexually attracted to children are pedophiles. At that point, LORD said "Yes, I guess," that he was a pedophile.

7.     Also on September 30, 2016, FBI Computer Scientist (CS) Timothy McCrohan, who participated in the search of LORD's residence and computer media, advised me that while on scene conducting an onsite preview of an SD card, a 32 GB PNY Micro SD Card that was located inside LORD's Samsung Model SPH-L710 phone. CS McCrohan located a video file in the "ReceivedFiles" folder titled "(Pthc Lolifuck) 10Yo Katrina – Doggystyle (New 2008).avi" which was downloaded/created on 9/15/2016 at 10:29:30 a.m.

8.     Later, on September 30, 20156, I viewed the video file titled "(Pthc Lolifuck) 10Yo Katrina – Doggystyle (New 2008).avi," a color video approximately 6 minutes 30 seconds in length which depicted a prepubescent female child approximately 9 years old, being penetrated anally by an adult male's finger, along with other sexually explicit conduct. Based upon my training and experience, I believe that the image depicts the sadistic abuse of a minor and is therefore sexually explicit conduct as set forth in 18 U.S.C. § 2256(2)(a)(iv).

9.     Later on September 30, 2016, I spoke with Assistant United States Attorney D. Rodney Brown by telephone and advised him of the information set forth above, and he authorized the arrest of LORD for receipt of child pornography. Later on September 30, 2016, I placed LORD under arrest.

10.     Based upon the foregoing facts, I have probable cause to believe that on or about September 15, 2016, at Jacksonville, in the Middle District of Florida,

6

defendant, RICHARD DANIEL LORD, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled "(Pthc Lolifuck) 10Yo Katrina – Doggystyle (New 2008).avi," in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

JONATHAN S. MacDONALD, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
__30th__ day of September, 2016, at Jacksonville, Florida.

JAMES R. KLINDT
United States Magistrate Judge

7